FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW SEAMAN, a married man,<br><br>Plaintiff,<br><br>v.<br><br>BAINTER GROUP, LLC, a Washington limited liability company; and GREG BAINTER and ADELE BAINTER, husband and wife,<br><br>Defendants. | NO: 1:17-CV-3077-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice, ECF No. 23. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. 23**, is

    **APPROVED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** February 8, 2019.

                          *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                           United States District Judge