AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MATTHEW SEAMAN, a married man,

*Plaintiff*

v.

BAINTER GROUP, LLC, a Washington limited liability company; and GREG BAINTER and ADELE BAINTER, husband and wife,

*Defendants*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 08, 2019**

SEAN F. McAVOY, CLERK

Civil Action No. 1:17-cv-3077-RMP

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulation of Dismissal with Prejudice (ECF No. 23) is APPROVED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on the parties' Stipulation of Dismissal (ECF No. 23).

Date: February 8, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb